TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
TIMOTHY R. CAHN (State Bar No. 162136)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone:     (415) 576-0200
Facsimile:      (415) 576-0300

Attorneys for Plaintiff
LEVI STRAUSS & CO.

STEPHEN N. HOLLMAN, ESQ., (State Bar No. 055219)
BUSINESS & TECHNOLOGY LAW GROUP
160 W. Santa Clara Street, Suite 1050
San Jose, California  95113
Telephone:     (408) 282-1949
Facsimile:      (408) 275-9930

Attorneys for Defendant,
MEMOLINK, INC.

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> vs. <br><br> MEMOLINK, INC. <br><br> Defendant. | CASE NO. C 05 04994 JW <br><br> **STIPULATION AND [PROPOSED] ORDER TO ENLARGE DATE OF LAST DAY FOR CHOICE OF AN ADR PROCESS AND TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> [*Electronic digital signatures permitted*] |

   IT IS HEREBY STIPULATED AND AGREED by the parties, acting through their undersigned counsel, that authorized representatives of the parties in this action desire to have the opportunity to meet and confer in person at a voluntary settlement conference for the purpose of making a good faith effort to resolve and dispose of this action, and that such settlement conference is presently calendared to occur in San Francisco on Monday, April 17, 2006, commencing at 1:30 p.m.

CASE NO. C 05-04994 JW

STIP. & [PROP] ORDER TO EN-
LARGE DATE FOR CHOICE OF
ADR PROCESS AND CONT. CMC

1  In light of the parties' desire to so meet and confer at a voluntary settlement conference, the parties hereby stipulate and through their counsel respectfully request the Court to (i) enlarge to and include May 8, 2006 as the last day for choice of an ADR process in this action; (ii) continue the Case Management Conference in this action from April 10, 2006 at 10:00 a.m. to May 15, 2006 at 10:00 a.m.; and (iii) acknowledge that the parties have not completed their Rule 26(f) Conference in anticipation of the calendared settlement conference, but will do so in accordance with any further case management schedule established by the Court.

DATED:       April 3, 2006          TOWNSEND AND TOWNSEND AND CREW

By:   /digitally signed/ *Gregory S. Gilchrist*
      Gregory S. Gilchrist, Esq.,
      Attorneys for Plaintiff,
      LEVI STRAUSS & CO.

DATED:       April 3, 2006          BUSINESS & TECHNOLOGY LAW GROUP

By:   /digitally signed/ *Stephen N. Hollman*
      Stephen N. Hollman, Esq.
      Attorneys for Defendant,
      MEMOLINK, INC.

After consideration of the foregoing Stipulation and the reasons therefor, IT IS HEREBY ORDERED that (i) there be an enlargement to and include May 8, 2006 as the last day for choice of an ADR process in this action; (ii) the Case Management Conference, which is now calendared for Monday, April 10, 2006 at 10:00 a.m., be postponed and continued to Monday, May 15, 2006 at 1000 a.m.; and (iii) the parties will comply with Rule 26(f) and the local rules with respect to the new date for the Case Management Conference.

Dated: April  4 , 2006
_____
Hon. James Ware
United States District Court Judge

CASE NO. C 05-04994 JW                                        STIP. & [PROP] ORDER TO EN-
                                                              LARGE DATE FOR CHOICE OF
                                                              ADR PROCESS AND CONT. CMC