| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| | TIMOTHY R. CAHN (State Bar No. 162136) |
| 2 | HOLLY GAUDREAU (State Bar No. 209114) |
| | Two Embarcadero Center, Eighth Floor |
| 3 | San Francisco, California  94111 |
| | Telephone:     (415) 576-0200 |
| 4 | Facsimile:      (415) 576-0300 |
| 5 | Attorneys for Plaintiff |
| | LEVI STRAUSS & CO. |
| 6 | |
| | BUSINESS & TECHNOLOGY LAW GROUP |
| 7 | STEPHEN N. HOLLMAN, ESQ., (State Bar No. 55219) |
| | 160 W. Santa Clara Street, Suite 1050 |
| 8 | San Jose, California  95113 |
| | Telephone:     (408) 282-1949 |
| 9 | Facsimile:      (408) 275-9930 |
| 10 | Attorneys for Defendant, |
| | MEMOLINK, INC. |

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LEVI STRAUSS & CO., | ) | |
| | ) | CASE NO. C 05 04994 JW |
| Plaintiff, | ) | |
| | ) | **CORRECTED** |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **TO ENLARGE DATE OF LAST DAY FOR** |
| MEMOLINK, INC. | ) | **CHOICE OF AN ADR PROCESS AND TO** |
| | ) | **CONTINUE CASE MANAGEMENT** |
| Defendant. | ) | **CONFERENCE** |
| | ) | |
| | ) | |
| | ) | [*Electronic digital signatures permitted*] |

IT IS HEREBY STIPULATED AND AGREED by the parties, acting through their undersigned counsel, that authorized representatives of the parties and their respective counsel in this action have had the opportunity to meet and confer in person at a voluntary settlement conference for the purpose of making a good faith effort to resolve and dispose of this action, and that such settlement conference occurred in San Francisco on Monday, April 17, 2006, following which an offer of settlement was made and is presently under consideration.

//

In light of the parties' voluntary settlement conference and their hoped for resolution by way of settlement, the parties hereby stipulate and through their counsel respectfully request the Court to (i) enlarge to and include May 26, 2006 as the last day for choice of an ADR process in this action; (ii) continue the Case Management Conference in this action from May 15, 2006 at 10:00 a.m. to June 5, 2006 at 10:00 a.m.

DATED:   May 8, 2006            TOWNSEND AND TOWNSEND AND CREW

By:   /digitally signed/ *Gregory S. Gilchrist*
      Gregory S. Gilchrist, Esq.,
      Attorneys for Plaintiff,
      LEVI STRAUSS & CO.

DATED:   May 8, 2006            BUSINESS & TECHNOLOGY LAW GROUP

By:   /digitally signed/ *Stephen N. Hollman*
      Stephen N. Hollman, Esq.
      Attorneys for Defendant,
      MEMOLINK, INC.

After consideration of the foregoing Stipulation and the reasons therefor, IT IS HEREBY ORDERED that (i) there be an enlargement to and include May 26, 2006 as the last day for choice of an ADR process in this action; (ii) the Case Management Conference, which is now calendared for Monday, May 15, 2006 at 10:00 a.m., be postponed and continued to Monday, June 5, 2006 at 10:00 a.m.; and (iii) the parties will comply with Rule 26(f) and the local rules with respect to the new date for the Case Management Conference.

Dated: May 10, 2006

_____
Hon. James Ware
United States District Court Judge