1

2

3

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

Judge James Ware

4   LEVI STRAUSS & CO.,

5                    Plaintiff,

6              v.

7   MEMOLINK, INC.,

8                    Defendant.

9

Case No.   C 05-04994 JW

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR
PROCESS**

**ADR CERTIFICATION**

10        The parties stipulate to participate in the following ADR process:

11   **Court Processes:**

12        ☐ Arbitration          ☐ ENE          ☒ Mediation

13        *(To provide additional information regarding timing of the session, preferred subject matter
     expertise of neutral, or other issues, please attach a separate sheet.)*

14

15   **Private Process:**

16        ☒ Private ADR (please identify process and provider):  JAMS, Two Embarcadero Center,

17   Suite 1500, San Francisco, California 94111.

18        The parties have agreed to mediate before a JAMS mediator if they cannot resolve the matter

19   themselves by May 31, 2006.

20   Dated:  May 30, 2006

21

22

/s/Gregory S. Gilchrist
Gregory S. Gilchrist
Attorney for Plaintiff
Levi Strauss & Co.

23   Dated:  May 30, 2006

24

25

/s/ Stephen N. Hollman
Stephen N. Hollman
Attorney for Defendant
Memolink, Inc.

26   IT IS SO ORDERED:

27   Dated: MAY 31, 2006

28

UNITED STATES DISTRICT JUDGE

60766999 v1